RE: Writ / Tr. Ct. No. F13266-A
WR-82,285-01
82.285-01

Abel Acosta,                                    1-26-15

   I would like to recieve a copy of my Habeas Corpus
Writ (11.07) or if I can't get a copy I would like to
know why my Writ was denied.
   Could you please help me with this information?
Thank you for your time!

                                   Sincerely,
                                   Tammy Wiggins
                                   Tammy Wiggins
                                      #1196199


Tammy R. Wiggins
Murray Unit
1916 N. Hwy 36 By Pass
Gatesville, Tx. 76596

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk